# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 29, 2019

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Perez, Amanda Rios | Docket No. | 0980 1:18CR02065-SAB-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Amanda Rios Perez, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 26th day of November 2018, under the following conditions:

Condition #1: Defendant shall not commit any offense in violation of federal, state or local law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Amanda Rios Perez is alleged to have committed and been charged with felony eluding and rendering criminal assistance on July 25, 2019 (Case # 19-1-01365-1).

Conditions of pretrial release were reviewed with Ms. Perez on November 27, 2018. She acknowledged an understanding of her conditions which included condition number 1.

On July 25, 2019, the below said officer received information from the Yakima County Sheriff's Office that the defendant had been seen driving with a wanted felon in a vehicle this date. When law enforcement attempted to stop the vehicle, the defendant refused to stop. According to the verbal information received this date, law enforcement was waiting on a search warrant as they believed there was methamphetamine in the vehicle underneath the seat.

On July 29, 2019, the below said officer received the police report pertaining to the above arrest. According to Yakima County Sheriff's Office Incident Narrative Report, on July 25, 2019, Yakima County Sheriff's Officers (YSO) were advised assistance was needed by the Violent Offender Task Force (VOTF) with locating a wanted subject; the wanted person was identified as Jesus Ramirez Bautista. Jesus had a federal warrant for gun charges and was believed to be armed and dangerous. Jesus was believed to be in a white Lincoln sports utility vehicle (SUV). It should be noted on this date and time officers were driving in fully marked Yakima County Sheriff's patrol vehicles equipped with red/blue lights and audible sirens. YSO officers were also wearing department issued uniforms.

YSO officers were advised Jesus was possibly in the white Lincoln SUV and the SUV was just seen eastbound on Hoffer Road nearing Highway 97. YSO officers were in the area and observed a white Lincoln SUV turn south onto Highway 97. All units were advised this was the correct vehicle and officers attempted to perform a traffic stop. Emergency lights were activated, however, the driver showed no signs of stopping and began to speed up. YSO officers activated their audible siren and advised dispatch the vehicle was failing to yield. It should also be noted there were at least three to four patrol vehicles behind the white Lincoln SUV with their emergency equipment activated.

During the pursuit, speeds were near 60 miles per hour (MPH) in the posted 55 MPH zone and there was light traffic. The driver then made a right turn onto South Wapato Road heading south. The vehicle began to rapidly accelerate and reached speeds estimated to be around 70 MPH in the posted 50 MPH zone with several oncoming vehicles, the driver also had severe lane travel. One officer pulled into the oncoming lane to warn oncoming vehicles and to keep the suspect from getting into the oncoming lane. The suspect then slowed to approximately 30 MPH and it appeared they were looking for somewhere to bail on foot. The suspect then accelerated again before slowing near the driveway for 740 South Wapato Road. At this time speeds were near 15-20 MPH. Officers attempted to ram the vehicle on the gravel roadway but were unable due to the vehicle accelerating rapidly again. The pursuit continued west on the gravel road toward an agriculture field.

At this time, officers began to lose sight of the vehicle due to the large dust cloud the vehicle was kicking up. The suspect was driving at speeds near 55 MPH on the dirt road. Approximately 3/4 of a mile later, officers observed the suspect vehicle come to an abrupt stop and saw that the right front passenger door was flung open. It appeared the right front passenger had fled on foot. There were two female occupants in the vehicle; one in the drivers seat, and one in the left rear seat. Both occupants were taken out of the vehicle and into custody. The driver was identified as the defendant. A Department of License check was conducted, which showed the defendant had a 3rd degree suspended license. The defendant advised she "didn't know it was police that was behind her." The female passenger was later identified as Yvonne Salazar, Jesus' long time girlfriend.

After the two female passengers were taken into custody, K9 Remington was asked to "run" the suspect's vehicle. An exterior sniff of the suspect's vehicle was executed. The K9 was on a long leash and started at the front of the vehicle and worked around to the driver's side of the vehicle. As the K9 neared the front driver's door area, it was reported he was exhibiting behavior changes, he had a head snap, his breathing became more closed mouth and he appeared more focused on the lower door seam area of the front driver's door. K9 Remington then alerted on the lower seam of the front drivers door indicating the presence of one or more of the odors he is trained to detect (heroin, methamphetamine, cocaine).

The defendant was released from the Yakima County jail on July 27, 2019. She was released on her own recognizance. Her next court date is scheduled for August 9, 2019 (case number: 19-1-01365-1).

The above investigation is still active. The below said officer has requested a copy of the reports pertaining to the outcome of the K9 search once available.

**Violation #2:** Amanda Rios Perez is alleged to have violated her conditions of release by driving with a suspended license in the third degree on July 25, 2019.

Conditions of pretrial release were reviewed with Ms. Perez on November 27, 2018. She acknowledged an understanding of her conditions which included condition number 1.

As noted in violation number 1, Ms. Perez was arrested on July 25, 2019 for felony eluding and rendering criminal assistance. At the time of her arrest officers determined Ms. Perez was driving with a suspended license in the third degree.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: July 29, 2019

by s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

*M. K. Dimke*

Signature of Judicial Officer

7/29/2019

Date